ORIGINAL

BARCINAS_F.ter

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for United States of America

F I L E D
Clerk
District Court

OCT 1 1 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 99-0024 |
| Plaintiff, ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **GARNISHMENT; ORDER** |
| FRANCISCA S. BARCINAS, ) | |
| Defendant, ) | |
| _____) | |
| DIVISION OF FINANCE AND ) | |
| ACCOUNTING, ) | |
| Garnishee. ) | |
| _____) | |

On or about April 26, 2002, a Stipulated Final Order in Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about July 15, 2005, our office

//
//
//
//
//

confirmed with the garnishee that Defendant resigned on April 30, 2005. Plaintiff respectfully requests that the Court terminate the Garnishment against Defendant FRANCISCA S. BARCINAS.

DATED this 7th day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

\* \* \* \* \* \* O R D E R \* \* \* \* \* \*

Based upon the foregoing, the Garnishment is hereby terminated.

DATED: 10-11-05

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands

**RECEIVED**

OCT 11 2005

Clerk
District Court
For The Northern Mariana Islands

-2-