ORIGINAL

1 | BARCINAS_F.facg

2 | LEONARDO M. RAPADAS
United States Attorney
3 | MARIVIC P. DAVID
Assistant U.S. Attorney
4 | Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
5 | Hagåtña, Guam  96910
TEL:  (671) 472-7332
6 | FAX:  (671) 472-7215

F I L E D
Clerk
District Court

OCT 1 3 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

7 | Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 99-0024 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **FINAL ACCOUNTING UPON** |
| | ) | **TERMINATION OF GARNISHMENT** |
| FRANCISCA S. BARCINAS, | ) | |
| Defendant, | ) | |

### FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT

To:   Department of Finance
      Division of Finance & Accounting
      Attn.: Payroll Section
      P.O. Box 505234
      Saipan, MP 96950

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Stipulated Final Order in Garnishment filed in the above entitled action.

Pursuant to the Stipulated Final Order in Garnishment issued on or about April 26, 2002, $10,130.21 has been withheld from the Judgment Debtor and applied to the judgment debt.

//
//
//

1  You are notified that you have ten (10) days from the receipt of this final accounting to
2  file a written objection to the accounting and request a hearing in accordance with Title 28,
3  U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the
4  written objection to the United States District Court for the Norther Mariana Islands, 2nd Floor,
5  Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States
6  Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.
7  RESPECTFULLY SUBMITTED this ___7th___ day of October, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

PAYMENT HISTORY
FOR: 1999Z00072

DEBTOR: Barcinas, Francisca S.
COLLECTION TYPE: WH
BALANCE AS OF SEPTEMBER 28, 2005:   $9,445.69

| DATE RCVD | FORM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|
| 09-APR-2002 | PC | GU /2/102 | BOG206867 | $ 173.37 |
| 09-MAY-2002 | PC | GU /2/119 | 208271 | 277.31 |
| 24-MAY-2002 | PC | GU /2/129 | 209084 | 110.38 |
| 07-JUN-2002 | PC | GU /2/136 | 209730 | 110.38 |
| 19-JUN-2002 | PC | GU /2/143 | BOG210392 | 110.38 |
| 02-JUL-2002 | PC | GU /2/151 | 211109 | 110.39 |
| 05-AUG-2002 | PC | GU /2/168 | 212339 | 110.38 |
| 15-AUG-2002 | OT | GU /2/175 | 212977 | 110.38 |
| 27-AUG-2002 | OT | GU /2/181 | 214191 | 110.38 |
| 13-SEP-2002 | OT | GU /2/192 | 214980 | 110.39 |
| 27-SEP-2002 | OT | GU /2/202 | 215760 | 110.39 |
| 09-OCT-2002 | OT | GU /3/006 | 216568 | 110.38 |
| 25-OCT-2002 | OT | GU /3/014 | 216863 | 110.38 |
| 12-NOV-2002 | OT | GU /3/023 | 217365 | 110.38 |
| 18-NOV-2002 | OT | GU /3/026 | 218636 | 110.39 |
| 02-DEC-2002 | OT | GU /3/032 | 219423 | 110.39 |
| 19-DEC-2002 | PC | GU /3/037 | BOG219912 | 100.01 |
| 30-DEC-2002 | OT | GU /3/042 | 220175 | 110.38 |
| 17-JAN-2003 | OT | GU /3/053 | 220896 | 110.38 |
| 29-JAN-2003 | PC | GU /3/057 | 221589 | 110.38 |
| 26-FEB-2003 | OT | GU /3/070 | 223414 | 110.38 |
| 11-MAR-2003 | OT | GU /3/076 | 223984 | 110.39 |
| 24-MAR-2003 | OT | GU /3/083 | 224678 | 110.38 |
| 07-APR-2003 | OT | GU /3/087 | 225523 | 110.38 |
| 24-APR-2003 | OT | GU /3/094 | 226501 | 110.39 |
| 08-MAY-2003 | OT | GU /3/103 | 227253 | 110.38 |
| 20-MAY-2003 | OT | GU /3/110 | 228003 | 110.38 |
| 04-JUN-2003 | OT | GU /3/119 | 228855 | 110.38 |
| 16-JUN-2003 | OT | GU /3/126 | 229612 | 110.38 |
| 02-JUL-2003 | OT | GU /3/133 | 230534 | 110.39 |
| 14-JUL-2003 | GR | GU /3/135 | 231173 | 110.38 |
| 30-JUL-2003 | GR | GU /3/145 | 231927 | 110.38 |
| 12-AUG-2003 | GR | GU /3/151 | 232825 | 110.38 |
| 25-AUG-2003 | GR | GU /3/158 | 233980 | 129.94 |
| 08-SEP-2003 | GR | GU /3/161 | 235031 | 227.72 |
| **13-FEB-2003** | **DD** | **GU /3/065** | **222654** | **110.39\*** |
| 23-SEP-2003 | GR | GU /3/167 | 235892 | 129.94 |
| 07-OCT-2003 | GR | GU /04/005 | 236742 | 129.94 |
| 22-OCT-2003 | GR | GU /04/013 | 237416 | 129.94 |
| 04-NOV-2003 | GR | GU /04/017 | 238214 | 129.94 |

*Incorrect amount originally entered; corrected 12-SEP-2003.

| | DATE RCVD | FORM | DEPOSIT NBR | CHECK NBR | PAYMENT AMOUNT |
|---|---|---|---|---|---|
| 1 | ----------------- | --------- | ------------------- | ---------------- | ---------------------------- |
| 2 | | | | | |
| | 17-NOV-2003 | GR | GU /04/021 | 239225 | $   129.94 |
| 3 | 04-DEC-2003 | GR | GU /04/026 | 239619 | 130.03 |
| | 31-DEC-2003 | GR | GU /04/037 | 240536 | 130.59 |
| 4 | 20-JAN-2004 | GR | GU /04/044 | 240741 | 130.58 |
| | 02-FEB-2004 | GR | GU /04/050 | 241204 | 130.59 |
| 5 | 10-FEB-2004 | GR | GU /04/054 | 242707 | 130.58 |
| | 24-FEB-2004 | GR | GU /04/061 | 243851 | 130.58 |
| 6 | 11-MAR-2004 | GR | GU /04/066 | 244628 | 130.59 |
| | 25-MAR-2004 | GR | GU /04/071 | BOG245345 | 130.58 |
| 7 | 07-APR-2004 | GR | GU /04/075 | 245677 | 130.58 |
| | 19-APR-2004 | GR | GU /04/078 | 246064 | 130.58 |
| 8 | 03-MAY-2004 | GR | GU /04/085 | 247342 | 130.59 |
| | 17-MAY-2004 | GR | GU /04/090 | 248079 | 130.58 |
| 9 | 01-JUN-2004 | GR/G | GU /04/095 | 248912 | 130.58 |
| | 06-JUL-2004 | GR/G | GU /04/107 | 250387 | 162.97 |
| 10 | 12-JUL-2004 | GR/G | GU /04/110 | 250632 | 130.58 |
| | 26-JUL-2004 | GR/G | GU /04/115 | 251379 | 130.59 |
| 11 | 09-AUG-2004 | GR/G | GU /04/119 | 252407 | 130.58 |
| | 24-AUG-2004 | GR/G | GU /04/125 | 252858 | 130.58 |
| 12 | 07-SEP-2004 | GR/G | GU /04/130 | 254055 | 130.59 |
| | 27-SEP-2004 | GR/G | GU /04/134 | 254426 | 130.58 |
| 13 | 08-OCT-2004 | GR/G | GU /05/002 | 254980 | 130.58 |
| | 22-OCT-2004 | GR/G | GU /05/006 | 255335 | 236.79 |
| 14 | 17-NOV-2004 | GR/G | GU /05/013 | 257981 | 130.58 |
| | 30-NOV-2004 | GR/G | GU /05/019 | 258321 | 149.09 |
| 15 | 17-DEC-2004 | GR/G | GU /05/028 | 259677 | 130.59 |
| | 21-DEC-2004 | GR/G | GU /05/029 | 257468 | 182.25 |
| 16 | 28-DEC-2004 | GR/G | GU /05/032 | 260029 | 130.58 |
| | 10-JAN-2005 | GR/G | GU /05/038 | 260383 | 130.63 |
| 17 | 25-JAN-2005 | GR/G | GU /05/042 | 261346 | 130.64 |
| | 07-FEB-2005 | GR/G | GU /05/046 | 262504 | 130.63 |
| 18 | 22-FEB-2005 | GR/G | GU /05/051 | 263734 | 130.63 |
| | 08-MAR-2005 | GR/G | GU /05/054 | 264785 | 130.64 |
| 19 | 23-MAR-2005 | GR/G | GU /05/061 | 265277 | 130.63 |
| | 08-APR-2005 | GR/G | GU /05/065 | 267079 | 130.63 |
| 20 | 18-APR-2005 | GR/G | GU /05/069 | 267563 | 130.63 |
| | 05-MAY-2005 | GR/G | GU /05/075 | 268504 | 130.64 |
| 21 | 16-MAY-2005 | GR/G | GU /05/080 | 269177 | 130.63 |

22         TOTAL DOLLAR AMOUNT OF PAYMENTS: **$10,130.21**