ORIGINAL

District Court

OCT 2 0 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  **BARCINAS_F.facg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MARIVIC P. DAVID
   Assistant U.S. Attorney
4  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
5  Hagåtña, Guam  96910-5059
   TEL:  (671) 472-7332
6  FAX:  (671) 472-7215

7  Attorneys for United States of America

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10

11  UNITED STATES OF AMERICA,          )    ~~CRIMINAL~~ CIVIL CASE NO. 99-0024
                                       )
12              Plaintiff,             )
                                       )
13      vs.                            )    **CERTIFICATE OF SERVICE**
                                       )
14  FRANCISCA S. BARCIANS,             )
                                       )
15              Defendant,             )
    _____)
16                                     )
    DIVISION OF FINANCE AND            )
17    ACCOUNTING,                      )
                                       )
18              Garnishee.             )
    _____)
19

20

21          I, MICHELLE PEREZ, working in the U.S. Attorney's Office, hereby certify that a filed

22  copy of the following:  **Motion to Terminate Garnishment; Order** and **Final Accounting**

23  **Upon Termination of Garnishment** were sent to the defendant, garnishee and garnishee's

24  attorney by mail on ____October 17, 2005____.

25

26

27                                              MICHELLE PEREZ

28