**BARCINAS_F.gar1a**

LEONARDO M. RAPADA
United States Attorney
MARIVIC P. DAVD
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0024 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **APPLICATION FOR WRIT** |
| FRANCISCA S. BARCINAS, | ) | **OF CONTINUING GARNISHMENT** |
| Defendant. | ) | |

APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant-Judgment Debtor FRANCISCA S. BARCINAS social security number XXX-XX-8973, whose last known mailing address is:  Radcliff, KY 40160  (hereinafter "Debtor"),  in the above cited action in the principal amount of $17,474.60 plus accrued interest to March 25, 1999 in the amount of $2,829.18 and interest thereafter to the date of judgment at the rate of 4.0 percent per annum, and interest from the date of judgment at the legal rate until paid in full; together with costs, including $150.00 in filing fees under 28 U.S.C. § 2412(a)(2) and 28 U.S.C. § 1914(a), administrative fees in the amounts of $609.11, fees; and for such other and further relief as this Court deems just and proper.

//

1  There is a balance of $3,689.96, as of July 13, 2007. ($3,680.59 principal + $9.37 int. to
2  07-13-2007).
3  Demand for payment of the above-stated debt was made upon the debtor not less than 30
4  days and the Debtor has failed to satisfy the debt.
5  The Garnishee is believed to have possession of property (including nonexempt
6  disposable earnings) in which the Debtor has a substantial nonexempt interest.
7  The names and address of the Garnishees or his authorized agents is:

      Community Alternatives Kentucky, Inc.
      Payroll Account
      10140 Linn Station Rd.
      Louisville, KY 40223

11 The United States seeks the sum of 25% of the defendant's non-exempt net disposable
12 earnings to be withheld from the defendant's wages, salary or commissions to be applied toward
13 the judgment.
14 DATED this 13th day of July, 2007.

      LEONARDO M. RAPADAS
      United States Attorney
      Districts of Guam and the NMI

By:  /s/ Marivic P. David
      MARIVIC P. DAVID
      Assistant U.S. Attorney
      marivic.david@usdoj.gov