BARCINAS_F.gar2a

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

F I L E D
Clerk
District Court

JUL 19 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0024 |
| Plaintiff, ) | |
| ) | ORDER GRANTING COURT |
| vs. ) | APPROVAL FOR THE DISTRICT |
| ) | COURT CLERK TO ISSUE A WRIT |
| FRANCISCA S. BARCINAS, ) | OF CONTINUING GARNISHMENT |
| Defendant. ) | |
| ) | |
| COMMUNITY ALTERNATIVES ) | |
| KENTUCKY, INC., ) | |
| Garnishee. ) | |

### ORDER

IT IS SO ORDERED that the Clerk of the United States District Court, on the application the United States of America, plaintiff, and in accordance with 28 U.S.C. § 3205 is granted this Court's approval to issue a Writ of Continuing Garnishment against Defendant Judgment Debtor FRANCISCA S. BARCINAS in the above cited action.

DATED this _19th_ day of _July_, 2007.

_____
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands