**BARCNAS _F.svc**
LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0024 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FRANCISCA S. BARCINAS, | ) | |
| Defendant, | ) | |
| COMMUNITY ALTERNATIVES KENTUCKY, INC., | ) | |
| Garnishee. | ) | |

I hereby certify that on **July 17, 2007**, I electronically filed **Application for Writ of Garnishment** and on **July 23, 2007**, I electronically filed **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** with the Clerk of Court using the CM/ECF system and filed and/or electronically filed copies of the following: **Application for Writ of Garnishment, Order Granting Court Approval to Issue a Writ of Garnishment, Writ of Garnishment; Instructions to the Garnishee**, **Notice of Post-Judgment Clerk's Garnishment; Instructions to Defendant-Judgment Debtor** and **Notice to Defendant-Judgment Debtor on How to Claim Exemptions** were sent to defendant and garnishee by mail on **July 25, 2007**.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

DATED:  7/25/07                By:   /s/ Marivic P. David
                                      MARIVIC P. DAVID
                                      Assistant U.S. Attorney
                                      marivic.david@usdoj.gov