BARCINAS_F.gar5a

FILED
Clerk
District Court

SEP 1 0 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> vs. ) <br> FRANCISCA S. BARCINAS, ) <br> Defendant, ) <br> _____ ) <br> COMMUNITY ALTERNATIVES ) <br> KENTUCKY, INC., ) <br> Garnishee. ) | CIVIL CASE NO. 99-0024 <br><br> **ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

_Courtney Jenkins_, BEING DULY SWORN DEPOSES AND SAYS:
(Affiant)

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of _ResCare Inc._
_9901 Linn Station Rd, Louisville, KY 40223_

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member _____NA_____ of a partnership composed of which Garnishee is a partner.

//

1  IF GARNISHEE IS A CORPORATION:
2       That he/she is the (State Official Title) _____NA_____ of Garnishee,
3  _____ a corporation, organized under the laws of the _____
4  _____.

5  IF GARNISHEE IS A GOVERNMENT ENTITY:
6       State name and address of agency, and name and official title of authorized
7  representative:  _____NA_____
8  _____
9  _____
10 _____

11      1.   On __July__, 2007, Garnishee was served with the
12 Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown
13 above)
14 Yes   No
15  ✓  ___   Defendant was in my/our employ.
16          Pay period is weekly ✓, bi-weekly ___, semi-monthly ___, monthly ___.
17          The Defendant's present pay period began on __8-4-07__.
18          (Present means the pay period in which this order and notice of
19          garnishment were served)
20          The Defendant's present pay period ends on __8-17-07__
21          Enter amount of net wages. Calculate below:
22              (a) Gross Pay                  $__1007.50__
23              (b) Federal income tax         __28.95__
24              (c) F.I.C.A. income tax        __61.33__
25              (d) State/Local income tax     __43.41__
26              Total of tax withholdings      $__161.63__
27              Net Wages                      $__827.56__ (a less total of b,c,d)
28  //                                 *amounts will vary

- 2 -

1
2  Yes  No ✓   2.  Are you aware of any other garnishments,
3              suggestions or levies currently in effect.  If the
4              answers is yes, , please attach to this Answer a copy
5              of each garnishment, suggestion or levy.
6  ✓ ___   3.  Do you or will you in the foreseeable future, owe the defendant money?  If
7              your answer is yes, please provide the amount of money you will owe, the
8              date or dates on which each payment is due, and the reason why you owe
9              or will owe the money to the Defendant:
10
11 Type of
   Payment                         Amount                 Date of Payment is Due
12
13 1. Bi-Weekly paycheck            Unknown                 9/7/07
14 2. _____            _____              _____
15 3. _____            _____              _____
16
17     4.  If you currently have in your custody, control or possession property (other than
18 earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant
19 maintains an interest, for each item of property provide the following information:
20 Description of                   Approximate            Description of
   Property                         Value                  Debtor's Interest
21 1.      NA                       _____              _____
22 2. _____            _____              _____
23 3. _____            _____              _____
24 4. _____            _____              _____
25 //
26 //
27 //
28 //

- 3 -

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the foreseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. NA | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes  No
___  ✓  6. Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____
_____

Yes  No
___  ✓  7. Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____
_____

//
//
//

8. Check the line below if you deny that you hold property subject to this order of garnishment:

___ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, FRANCISCA S. BARCINAS, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, FRANCISCA S. BARCINAS, at Radcliff, KY 40160 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

COMMUNITY ALTERNATIVES KENTUCKY, INC.
Garnishee

By: *Courtney R Jenkins*
*9901 Bunn Station Rd*
*Louisville, KY 40223*

Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this 29th day of August, 2007 2007.

*Wanda L. Rahlmann*
Notary Public

- 5 -