F I L E D
Clerk
District Court

OCT − 1 2007

For The Northern Mariana Islands
By_____
(Deputy Clerk)

BARCINAS_F.gar5a

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>FRANCISCA S. BARCINAS,<br><br>    Defendant,<br><br>COMMUNITY ALTERNATIVES KENTUCKY, INC.,<br><br>    Garnishee. | CIVIL CASE NO. 99-0024<br><br>**ANSWER OF THE GARNISHEE** |

ANSWER OF THE GARNISHEE

Jill Wilson  
(Affiant), BEING DULY SWORN DEPOSES AND SAYS:

IF GARNISHEE IS AN INDIVIDUAL:

That he/she is Garnishee herein doing business in the name of ResCare, Inc. 9901 Linn Station Rd, Louisville, KY 40299

(State full name and address of business)

IF GARNISHEE IS A PARTNERSHIP:

That he/she is a member __N/A__ of a partnership composed of which Garnishee is a partner.

//

1  IF GARNISHEE IS A CORPORATION:

2  That he/she is the (State Official Title) __N/A__ of Garnishee,

3  _____ a corporation, organized under the laws of the _____

4  _____.

5  IF GARNISHEE IS A GOVERNMENT ENTITY:

6  State name and address of agency, and name and official title of authorized

7  representative: __N/A__

8  _____

9  _____

10  _____

11  1. On __July__, 2007, Garnishee was served with the

12  Writ of Continuing Garnishment. For the pay period in effect on the date of service (shown

13  above)

14  Yes    No

15  ✓  ___  Defendant was in my/our employ.

16  Pay period is weekly ___, bi-weekly ✓, semi-monthly ___, monthly ___.

17  The Defendant's present pay period began on __8-18-07__.

18  (Present means the pay period in which this order and notice of

19  garnishment were served)

20  The Defendant's present pay period ends on __8-31-07__

21  Enter amount of net wages. Calculate below:

22  (a) Gross Pay                          $ 1034.05
23  (b) Federal income tax                   30.58
24  (c) F.I.C.A. income tax                  74.94
25  (d) State/Local income tax               58.19
26  Total of tax withholdings              $ 165.71
27  Net Wages                              $ 858.34 (a less total of b,c,d)

28  //

\*amounts will vary

- 2 -

Yes   No

___   _✓_   2.   Are you aware of any other garnishments, suggestions or levies currently in effect. If the answers is yes, , please attach to this Answer a copy of each garnishment, suggestion or levy.

_✓_   ___   3.   Do you or will you in the foreseeable future, owe the defendant money? If your answer is yes, please provide the amount of money you will owe, the date or dates on which each payment is due, and the reason why you owe or will owe the money to the Defendant:

| Type of Payment | Amount | Date of Payment is Due |
|---|---|---|
| 1. bi-weekly paycheck | unknown | 9/21/07 |
| 2. | | |
| 3. | | |

4.   If you currently have in your custody, control or possession property (other than earnings) in the form of savings accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest, for each item of property provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest |
|---|---|---|
| 1. NA | | |
| 2. | | |
| 3. | | |
| 4. | | |

//
//
//
//

5. For each item of property (other than earnings) which you expect to obtain custody or possession of in the foreseeable future, provide the following information:

| Description of Property | Approximate Value | Description of Debtor's Interest | Date you will obtain property |
|---|---|---|---|
| 1. N/A | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

Yes    No
___    ✓   6.  Do you make any claim of exemption on the part of Defendant? If yes, please explain the nature and basis of your claim:

_____
_____
_____

Yes    No
___    ✓   7.  Do you have any objections to the garnishment of the Defendant? If yes, please explain the nature and basis of your objection:

_____
_____
_____
_____

//
//
//

8. Check the line below if you deny that you hold property subject to this order of garnishment:

    ____ [The Garnishee was then in no manner and upon no account indebted or under liability to the Defendant, FRANCISCA S. BARCINAS, and that the Garnishee did not have in his/her possession or control any property belonging to the Defendant, or in which the Garnishee has an interest; and is in no manner liable as Garnishee in this action.]

9. The Garnishee mailed a copy of this answer by first-class mail to (1) the Debtor, FRANCISCA S. BARCINAS, at Radcliff, KY 40160 and (2) the attorney for the United States, Marivic P. David, Assistant United States Attorney, U.S. Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam 96910.

COMMUNITY ALTERNATIVES KENTUCKY, INC.
Garnishee

By: _Courtney R Jenkins_
9901 Linn Station Rd
Louisville, KY 40223
502-394-2475
Name/address/Phone Number of person preparing Answer

The foregoing instrument was acknowledged before me this 14th day of September 2007.

_Wanda L. Rahlmann_
Notary Public