**BARCINAS _F.svc2**

1  LEONARDO M. RAPADAS
   United States Attorney
2  MARIVIC P. DAVID
   Assistant U.S. Attorney
3  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
4  Hagåtña, Guam 96910-5059
   TEL:  (671) 472-7332
5  FAX:  (671) 472-7215

6  Attorney's for United States of America

7                 IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN MARIANA ISLANDS

9  UNITED STATES OF AMERICA,          )      CIVIL CASE NO. 99-0024
                                      )
10                  Plaintiff,        )
                                      )
11          vs.                       )      **CERTIFICATE OF SERVICE**
                                      )
12  FRANCISCA S. BARCINAS,            )
                                      )
13                  Defendant,        )
    ──────────────────────────────────)
14                                    )
    COMMUNITY ALTERNATIVES            )
15     KENTUCKY, INC.,                )
    aka RESCARE, INC.,                )
16                                    )
                    Garnishee.        )
17  ──────────────────────────────────)

18

19

20      I hereby certify that on **October 18, 2007**, I electronically filed **Motion for Entry of**

21  **Final Order in Continuing Garnishment** with the Clerk of Court using the CM/ECF system

22  and filed and/or electronically filed copies of the following:  **Motion for Entry of Final Order**

23  **in Continuing Garnishment** and **Final Order in Continuing Garnishment** were sent to

24  defendant and garnishee by mail on October 19, 2007.

25                                      LEONARDO M. RAPADAS
                                        United States Attorney
26                                      Districts of Guam and the NMI

27

28  DATED: 10/19/07              By:   /s/ Marivic P. David
                                       MARIVIC P. DAVID
                                       Assistant U.S. Attorney
                                       marivic.david@usdoj.gov