**BARCINAS_F.ter**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0024 |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **MOTION TO TERMINATE** |
| ) | **WRIT OF CONTINUING** |
| ) | **GARNISHMENT** |
| FRANCISCA S. BARCINAS, ) | |
| ) | |
| Defendant, ) | |
| ) | |
| COMMUNITY ALTERNATIVES ) | |
|   KENTUCKY, INC., ) | |
| aka RESCARE, INC., ) | |
| ) | |
| Garnishee. ) | |

On or about July 19, 2007, a Writ of Continuing Garnishment directed to Garnishee was duly issued and served upon the Garnishee. On or about February 25, 2008, payment in full was

//

//

//

//

made. Plaintiff respectfully requests that the Court terminate the Writ of Continuing Garnishment against Defendant FRANCISCA S. BARCINAS with garnishee COMMUNITY ALTERNATIVES KENTUCKY, INC. aka RESCARE, INC.

DATED this 3rd day of March, 2008.

                                        LEONARDO M. RAPADAS  
                                      United States Attorney  
                                      Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab  
       MIKEL W. SCHWAB  
       Assistant U.S. Attorney  
       mikel.schwab@usdoj.gov  
       JESSICA F. CRUZ  
       Assistant U.S. Attorney  
       Jessica.F.Cruz@usdoj.gov