1  **BARCINAS_M.facg**

2  LEONARDO M. RAPADAS
   United States Attorney
3  MIKEL W. SCHWAB
   Assistant U.S. Attorney
4  JESSICA F. CRUZ
   Assistant U.S. Attorney
5  Sirena Plaza, Suite 500
   108 Hernan Cortez Avenue
6  Hagåtña, Guam   96910-5059
   TEL:  (671) 472-7332
7  FAX:  (671) 472-7215

8  Attorneys for the United States of America

9
                    **IN THE UNITED STATES DISTRICT COURT**
10
                    **FOR THE NORTHERN MARIANA ISLANDS**
11

12  UNITED STATES OF AMERICA,           )
                                        )    CIVIL CASE NO.  99-0024
13              Plaintiff,              )
                                        )
14      vs.                             )
                                        )    **SATISFACTION OF JUDGMENT**
15  MANASES M. BARCINAS,                )
                                        )
16              Defendant.              )
    _____    )
17

18  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19         Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to

20  enter a Satisfaction of Judgment.  An Abstract of Judgment was entered by the Commonwealth

21  Recorder, Saipan, MP, on **September 29, 1999**, as **Book 10 Page 59**, File number **99-2265.**

22         I declare under the penalty of perjury that the foregoing is true and correct.

23         DATED this 3rd day of March, 2008.

24                                         LEONARDO M. RAPADAS
                                           United States Attorney
25                                         Districts of Guam and the NMI

26
                              By:    /s/Mikel W. Schwab
27                                     MIKEL W. SCHWAB
                                       Assistant U.S. Attorney
28                                     mikel.schwab@usdoj.gov
                                       JESSICA F. CRUZ
                                       Assistant U.S. Attorney
                                       Jessica.F.Cruz@usdoj.gov