**BARCINAS_F.sat**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorneys for the United States of America

### IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> FRANCISCA S. BARCINAS, ) <br> ) <br> Defendant. ) <br> _____ ) | CIVIL CASE NO. 99-0024 <br><br> **SATISFACTION OF JUDGMENT** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Satisfaction of the judgment obtained herein is acknowledged, and you are instructed to enter a Satisfaction of Judgment. An Abstract of Judgment was entered by the Commonwealth Recorder, Saipan, MP, on **September 29, 1999**, as **Book 10 Page 59**, File number **99-2264**.

I declare under the penalty of perjury that the foregoing is true and correct.

DATED this 3rd day of March, 2008.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: /s/ Mikel W. Schwab
MIKEL W. SCHWAB
Assistant U.S. Attorney
mikel.schwab@usdoj.gov
JESSICA F. CRUZ
Assistant U.S. Attorney
Jessica.F.Cruz@usdoj.gov