**BARCINAS_F.ord**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**F I L E D**
Clerk
District Court

MAR 1 0 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 99-0024 |
| ) | |
| Plaintiff, ) | **O R D E R** |
| ) | |
| v. ) | Re: United States Motion to Terminate |
| ) | Writ of Continuing Garnishment |
| FRANCISCA S. BARCINAS, ) | |
| ) | |
| Defendant, ) | |
| _____ ) | |
| ) | |
| COMMUNITY ALTERNATIVES ) | |
| KENTUCKY, INC., ) | |
| aka RESCARE, INC., ) | |
| ) | |
| Garnishee. ) | |
| _____ ) | |

Based upon the Plaintiff's Motion to Terminate Writ of Continuing Garnishment, the

Court hereby finds that for the reasons stated in the Plaintiff's motion, the Writ of Continuing

Garnishment is hereby terminated.

**SO ORDERED**, this _10th_ day of ____MARCH____, 2008.

_Alex R. Munson_
ALEX R. MUNSON
Chief Judge
District Court for the Northern
Mariana Islands