**BARCINAS_F.facg**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam  96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, | CIVIL CASE NO. 99-0024 |
| Plaintiff, | |
| vs. | **FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT** |
| FRANCISCA S. BARCINAS, | |
| Defendant. | |

<u>FINAL ACCOUNTING UPON TERMINATION OF GARNISHMENT</u>

To:   Community Alternatives Kentucky, Inc.
      Payroll Account
      ResCare Inc.
      9901 Linn Station Rd.
      Louisville, KY 40223

Pursuant to Title 28 U.S.C. § 3205(c)(9)(B), the United States of America submits the following cumulative accounting of all monies and property received under the Writ of Continuing Garnishment filed in the above entitled action.

Pursuant to the Writ of Continuing Garnishment issued on or about November 20, 2006, $3,159.50 has been withheld from the Judgment Debtor and applied to the judgment debt.

//

//

1  You are notified that you have ten (10) days from the receipt of this final accounting to
2  file a written objection to the accounting and request a hearing in accordance with Title 28,
3  U.S.C. § 3205(c)(9)(B). If you do object, you must state your grounds for objection and send the
4  written objection to the United States District Court for the Northern Mariana Islands, 2nd Floor,
5  Horiguchi Building, Garapan, P.O. Box 500687, Saipan, MP 96950 and the United States
6  Attorney's Office, Sirena Plaza, Suite 500, 108 Hernan Cortez Avenue, Hagåtña, Guam
7  96910-5059.

DATED this 12th day of March, 2008.

                                                LEONARDO M. RAPADAS
                                                United States Attorney
                                                Districts of Guam and the NMI

By:   /s/ Mikel W. Schwab
        MIKEL W. SCHWAB
        Assistant U.S. Attorney
        mikel.schwab@usdoj.gov
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        Jessica.F.Cruz@usdoj.gov



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Date: 03/11/2008

Report Level: GU

For Report Parameters: 2005A75091 ,001 ,1548105

**PAYMENTS**

| CDCS NBR | | | Collect WH Type | | Court Nbr | Priority Code | Scheduled Payment Amount | | Scheduled Payment Date | Current Liability |
|---|---|---|---|---|---|---|---|---|---|---|
| 2005A75091/001 | Name Barcinas, Francisca S. | | | | CV-99-0024 | | $214.59 | | 03/19/2008 | -$293.06 |

| Seq Finance Nbr | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 0007 | PMNT | 01/03/2006 | CH | Y | Francisca Barcinas | GU/06/038 | 0903384645 | | 01/03/2006 | $140.00 |
| 0008 | PMNT | 01/11/2006 | CH | Y | Francisca | GU/06/043 | 0903757835 | | 01/11/2006 | $140.00 |
| 0024 | PMNT | 09/21/2007 | GR | G | ResCare, Inc | GU/07/111 | 12705858 | | 09/24/2007 | $214.59 |
| 000029 | PMNT | 10/22/2007 | GR | G | ResCare Inc | GU2008009 | 12984675 | | 11/01/2007 | $216.32 |
| 000033 | PMNT | 10/24/2007 | GR | G | ResCare Inc. | GU2008011 | 13284933 | | 11/05/2007 | $243.10 |
| 000037 | PMNT | 12/04/2007 | GR | G | Community Alternativ | GU2008021 | 13863472 | | 12/12/2007 | $207.33 |
| 000039 | PMNT | 12/04/2007 | GR | G | CommAlternatve | GU2008021 | 13548423 | | 12/12/2007 | $281.06 |
| 000043 | PMNT | 12/10/2007 | GR | G | ADP garn | GU2008023 | 14249930 | | 12/19/2007 | $216.14 |
| 000047 | PMNT | 12/26/2007 | GR | G | CommAlt Kentucky Inc | GU2008027 | 14649882 | | 01/07/2008 | $418.01 |
| 000051 | PMNT | 01/17/2008 | GR | G | CommAltKentInc | GU2008032 | 15015155 | | 01/29/2008 | $258.65 |
| 000055 | PMNT | 01/29/2008 | GR | G | CommAltKentuckyInc | GU2008035 | 15814082 | | 02/06/2008 | $301.93 |
| 000057 | PMNT | 01/28/2008 | GR | G | CommAltKentuckyInc | GU2008035 | 15434474 | | 02/06/2008 | $269.93 |



United States Department of Justice
Consolidated Debt Collection System
Single Liability Payment History

Report Level: GU

Report Date: 03/11/2008

For Report Parameters: 2005A75091 , 001 , 1548105

| CDCS NBR | Name | Collect Type | WH | Court Nbr | CV-99-0024 | Priority Code | Scheduled Payment Amount | Current Liability |
|---|---|---|---|---|---|---|---|---|
| 2005A75091/001 | Barcinas, Francisca S. | | | | | | $214.59 | -$293.06 |

| Seq Finance | Finance Code | Received Date | Payment Form | Received By Usao | Received From | Deposit Nbr | Check Nbr | Bop Deposit Nbr | Payment Date | Payment Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 000062 | PMNT | 02/12/2008 | GR | G | CommAltKentInc | GU2008035 | 16234602 | | 02/20/2008 | $239.38 |
| 000068 | PMNT | 02/25/2008 | GR | G | CommAltKentucky Garn | GU2008043 | 16644046 | | 03/05/2008 | $293.06 |
| Total | | | | | | | | | | $3,439.50 |