**BARCINAS_F.tersvc**

LEONARDO M. RAPADAS
United States Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910-5059
TEL:  (671) 472-7332
FAX:  (671) 472-7215

Attorney's for United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CIVIL CASE NO. 99-0024 |
| Plaintiff, | ) | |
| vs. | ) | **CERTIFICATE OF SERVICE** |
| FRANCISCA S. BARCINAS, | ) | |
| Defendant, | ) | |
| COMMUNITY ALTERNATIVES KENTUCKY, INC., aka RESCARE, INC., | ) | |
| Garnishee. | ) | |

    I hereby certify that on **March 8, 2008**, I electronically filed the following: **Motion to Terminate Writ of Continuing Garnishment** and on **March 12, 2008**,, I electronically filed the following: **Final Accounting Upon Termination of Garnishment** with the Clerk of Court using the CM/ECF system.  A copy of the following documents: **Motion to Terminate Writ of**

//

//

//

//

1 | **Continuing Garnishment**, **Order Re: United States Motion to Terminate Writ of
2 | Continuing Garnishment** and **Final Accounting Upon Termination of Garnishment** were
3 | sent to the defendant and garnishee by mail on **March 12, 2008.**

```
                                        LEONARDO M. RAPADAS
                                        United States Attorney
                                        Districts of Guam and the NMI


DATED:  3/14/08              By:   /s/ Mikel W. Schwab
                                   MIKEL W. SCHWAB
                                   Assistant U.S. Attorney
                                   mikel.schwab@usdoj.gov
                                   JESSICA F. CRUZ
                                   Assistant U.S. Attorney
                                   Jessica.F.Cruz@usdoj.gov
```